IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(ASHEVILLE DIVISION)

| | |
|---|---|
| SODEXHO MARRIOTT MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SARA LEE CORPORATION and BALI COMPANY, <br><br> Defendants. | Civil Action No. 1:01CV18-C |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-styled action, through the undersigned counsel, hereby stipulate and agree that all claims in this action are dismissed with prejudice. Each party shall bear its own costs, attorney's fees and expenses of litigation.

So stipulated, this 12th day of July, 2001.

| | |
|---|---|
| Peter Crane Anderson <br> NC State Bar No. 18661 <br> Mark Vasco <br> NC State Bar No. 27048 <br> DAVIS WRIGHT TREMAINE LLP <br> 200 Providence Road, Suite 200 <br> Charlotte, North Carolina 28207 <br> Telephone No. (704) 332-0761 <br> *Counsel for Plaintiff Sodexho Marriott Management, Inc.* | Daniel R. Taylor, Jr. <br> NC State Bar No. 7358 <br> Richard S. Gottlieb <br> NC State Bar No. 23131 <br> KILPATRICK STOCKTON LLP <br> 1001 West Fourth Street <br> Winston-Salem, North Carolina 27101 <br> Telephone No.: (336) 607-7300 <br> *Counsel for Defendants Sara Lee Corporation and Bali Company* |

00451-253801
WINLIB01:897015.1